DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
Daniel D. Hollingsworth
Assistant United States Attorney
Nevada Bar No. 1925
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
daniel.hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-090-APG-(GWF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | United States of America's Motion to Return Forfeited Property to Robert Barnes |
| | ) | |
| ROBERT W. BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

The United States respectfully moves this Court to return the property listed below to Robert W. Barnes and the Preliminary Order of Forfeiture is reversed and is null and void as to the property set forth below.

The basis for such action is that the government and the Federal Bureau of Investigation desire to return the property. This Motion is made and is based on the papers and pleadings on file herein and the attached Memorandum of Points and Authorities.

DATED this 1st day of September, 2016.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

  */s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF THE FACTS

This Court entered the Preliminary Order of Forfeiture (ECF No. 12) (POOF) on June 10, 2016. Robert W. Barnes agreed to the forfeiture of the property. Subsequent to the entry of the Preliminary Order of Forfeiture, the government determined that selling the property would result in minimal proceeds, if any.

### II. ARGUMENT

The United States willingly relinquishes its rights to the following property:

1. One (1) pendant with picture (POOF property no. (PPN) 44 – part 1);

2. Edge Watch with brown leather like wrist band (PPN 11);

3. Two (2) necklace like coils of wooden type beads (PPN 30);

4. "L" shaped pendant yellow in color (PPN 32);

5. One of Two (2) Rings yellow in color with white in color stones (PPN 38); and

6. One (1) Necklace, gold in color; and One (1) Bracelet gold in color (PPN 43)

(all of which constitutes property).

This Court should enter an order indicating (a) the United States' interests and rights in the property listed in the Preliminary Order of Forfeiture (ECF No. 12) and set forth above are relinquished and (b) the Preliminary Order of Forfeiture is reversed and is null and void only as to the property set forth above.

### III. CONCLUSION

Based on the foregoing, this Court should attach the forfeiture order to the Judgment.

DATED this 1st day of September, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney
 */s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 8 | UNITED STATES OF AMERICA, | ) 2:16-CR-090-APG-(GWF) |
| 9 | Plaintiff, | ) Order Granting Motion to Return Forfeited |
| 10 | v. | ) Property to Robert Barnes |
| 11 | ROBERT W. BARNES, | ) |
| 12 | Defendant. | ) |

13       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of

14 America's interests and rights expired in:

15       1.   One (1) pendant with picture (Preliminary Order of Forfeiture Property No. (PPN)

16            44 – part 1);

17       2.   Edge Watch with brown leather like wrist band (PPN 11);

18       3.   Two (2) necklace like coils of wooden type beads (PPN 30);

19       4.   "L" shaped pendant yellow in color (PPN 32);

20       5.    One of Two (2) Rings yellow in color with white in color stones (PPN 38); and

21       6.   One (1) Necklace, gold in color; and One (1) Bracelet gold in color (PPN 43)

22 (all of which constitutes property).

23       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary

24 Order of Forfeiture (ECF No. 12) entered in this case is null and void as to the property set forth

25 above;

26 ///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-named property will be returned to Robert W. Barnes and/or any person(s) acting in concert with him and/or on his behalf.

UNITED STATES DISTRICT JUDGE

DATED: September 15, 2016