1   DANIEL J. ALBREGTS, ESQ.
    Nevada Bar No. 004435
2   DANIEL J. ALBREGTS, LTD.
    601 S. Tenth Street, Suite 202
3   Las Vegas, Nevada  89101
    Tel:  (702) 474-4004
4   Fax:  (702) 474-0739
    albregts@hotmail.com
5
    *Attorney for Defendant ROBERT BARNES*
6

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   UNITED STATES OF AMERICA,          )    2:16-cr-0090-APG-GWF
                                        )
12              Plaintiff,               )
                                        )
     v.                                  )    **STIPULATION TO CONTINUE**
13                                       )    **THE TIME WITHIN WHICH TO**
     ROBERT W. BARNES,                   )    **SELF-SURRENDER**
14                                       )
                Defendant.               )
15   _____)

16        **IT IS HEREBY STIPULATED AND AGREED**, by and between Steven Myhre, Acting

17   United States Attorney, Nicholas D. Dickinson, Assistant United States Attorney, counsel for the

18   United States of America, and Daniel J. Albregts, Esq.,   counsel for defendant ROBERT W.

19   BARNES,  that the time within which to self-surrender be continued from 12:00 o'clock noon on

20   Friday, March 31, 2017 to Friday, June 30, 2017 at 12:00 o'clock noon.

21        This stipulation is entered into for the following reasons:

22        1. Approximately one week ago, Barnes' sister-in-law (his wife's sister), who was going to

23   assist Barnes and his wife with childcare while Barnes served his sentence, was diagnosed with Stage

24   4 cancer.  According to treating doctors, the cancer is so advanced that nothing can be done, and she

25   was given basically three to four months to live.  Rather than attempt medical treatment, Barnes'

26   sister-in-law and the family have decided that she will immediately begin Hospice care, which will

27   occur at Barnes' residence.  Given Barnes's wife is a nurse, she is going to assist her sister during

28   the Hospice process.  There are no other family members who can assist Barnes and his wife with

this.

2. Given this unforeseen and drastic change of events, Barnes needs additional time to assist his wife with his sister-in-law as well as continue caring for their child.  Moreover, Barnes needs additional time to make childcare arrangements given that his sister in law was initially going to assist them while he served his sentence, yet now Barnes and his wife need to assist her in her Hospice care.

3. The additional time will allow Barnes to help his wife set their sister-in-law up with Hospice care in their home and continue to care for their child.  Once this is done, the additional time will allow Barnes to arrange for childcare while he serves his sentence in this case.

4. The defendant remains out of custody and compliant with conditions of release.

DATED this 27th day of March, 2017.

STEVEN MYHRE                                    DANIEL J. ALBREGTS, LTD.
Acting United States Attorney

 /s/ Nicholas D. Dickinson                          /s/ Daniel J. Albregts
NICHOLAS D. DICKINSON                      DANIEL J. ALBREGTS, ESQ.
Assistant United States Atty.                     Counsel for Defendant BARNES
Counsel for United States

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

7

UNITED STATES OF AMERICA, )          2:16-cr-0090-APG-GWF
                                                    )
8              Plaintiff,                       )
                                                    )
9   v.                                          )
                                                    )
10  ROBERT W. BARNES,                )          **ORDER CONTINUING
                                                    )          SELF-SURRENDER DATE**
11             Defendant.                      )
                                                    )
12  _____ )

13       The District Court having considered the Stipulation of the parties and the circumstances

14  surrounding this case,

15       **IT IS HEREBY ORDERED** that the self-surrender date for defendant BARNES currently

16  scheduled for Friday, March 31, 2017 is vacated and same is continued to Friday, June 30**,** 2017, by

17  12:00 noon.

18       DATED this  28th  day of March, 2017.

19

20                                                   _____
                                                            UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28