UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. BARNES,<br><br>Defendant. | Case No. 2:16-cr-090-APG-GWF<br><br>**ORDER GRANTING RELEASE OF DEFENDANT'S PASSPORT**<br><br>(ECF No. 42) |

Defendant Robert W. Barnes moves for return of his passport from Pretrial Services. ECF No. 42. The government does not oppose.

IT IS HEREBY ORDERED that the defendant's motion for release of passport to defense counsel **(ECF No. 42) is GRANTED.** The Pretrial Services office shall return Mr. Barnes's passport to his counsel of record, Daniel J. Albregts, Ltd.

Dated: July 21, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE